ETHEL M. PHAIR, Respondent, v. L. FIGUEIREDO S. A., Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [See *post*, p. 864.]

REPUBLIC OF CHINA, Respondent, v. CHUN HO COMPANY, LTD., Defendant, and CHUN HO COMPANY (U.S.A.), LTD., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

In the Matter of the Probate of the Will of ELEANOR M. SATTERLEE, Deceased. MABEL S. INGALLS, Appellant; SOL A. ROSENBLATT et al., Respondents.— Section 87 of the Surrogate's Court Act rests discretion in the Surrogate. Without having before us the merits of the appeal from the decree admitting the will to probate, we are unable to say that there was any abuse of discretion in the issuance of letters testamentary pending appeal. Order unanimously affirmed, with disbursements to all parties payable out of the estate. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

In the Matter of ELEANOR CALLAHAN, an Alleged Incompetent. EDITH DONNELL et al., as Executors of ELEANOR CALLAHAN, Deceased, Appellants; PETER MILLER, Special Guardian, et al., Respondents.— Order unanimously modified so as to eliminate the allowance of $3,000 to the special guardian and, as so modified, affirmed, without costs to either party. The death of the alleged incompetent prior to adjudication left the court with no fund out of which payments of the expenses engendered by the incompetency proceeding could be made. (*Matter of Frank,* 283 N. Y. 106; *Matter of Stein,* N. Y. L. J., April 9, 1948, p. 1318, col. 6 [NULL, J.].) Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

CLARK T. CHAMBERS, INC., et al., Respondents, v. LESTER S. ABBERLEY, as Executor of ALTHEA G. HUNTER, Deceased, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to respondents. The order should be construed as providing for the examination of the defendant Abberley, as executor, as limited in *Tolnai* v. *Craven* (279 App. Div. 891). If there is a desire to examine said Abberley individually, an application must be made to examine him as a witness. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

In the Matter of GREGORY FILACTOS, Appellant, against JOSEPH D. McGOLD-RICK, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [See *post*, p. 916.]